UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT<br><br>　　　　Defendant(s). | CASE NO.: SACV 16-00784 RGK (JEMx)<br><br>*Complaint Filed:  4/26/16*<br>*Judge R. Gary Klausner*<br>*Courtroom 850*<br><br>**JUDGMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     This action came on before the Court, on August 16, 2016, the Honorable R. Gary Klausner, District Judge Presiding, on a Motion to Dismiss, and the pleadings presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

     IT IS ORDERED AND ADJUDGED that the plaintiff VANESSA CHRISTIAN take nothing.

     IT IS FURTHER ORDERED AND ADJUDGED that the action be dismissed on the merits as to defendant NORTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT.

     IT IS FURTHER ORDERED AND ADJUDGED that defendant NORTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT shall recover its costs.

Dated: November 14, 2016

_____
Judge R. Gary Klausner
United States District Court